# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3735 AHM (Ex) | | Date | November 24, 2008 |
|---|---|---|---|---|
| Title | UNITED STEEL PAPER & FORESTRY RUBBER MANUFACTURING ENERGY ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION AFL-CIO CLC et al. v. CHEVRON CORPORATION et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On November 12, 2008, this Court ordered that by November 21, 2008 Defendants shall show cause, in writing, why this Court should not remand this action to state court. The Court stated that failure to respond on or before that date would be construed as consent to remand. Defendants have failed to respond, and this matter is therefore REMANDED to the Superior Court for the County of Los Angeles, Central District.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

**Make JS-6**